**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**October 28, 2016**

**Elisabeth A. Shumaker**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

DIRECT MARKETING ASSOCIATION,

Plaintiff - Appellee,

v.

BARBARA BROHL, in her capacity as Executive Director, Colorado Department of Revenue,

Defendant - Appellant,

and

MULTISTATE TAX COMMISSION,

Amicus Curiae.

------------------------------

INTERESTED LAW PROFESSORS, et al.,

Movants.

No. 12-1175

---

**ORDER**

---

Before **BRISCOE**, **GORSUCH**, and **MATHESON**, Circuit Judges.

---

This matter is before the court on Catherine Dowie's request to release the oral argument recording for the hearing held in this appeal on September 29, 2015. Upon consideration, the motion is granted. The Clerk is directed to forward, via email, the

MP3 recording of the oral argument hearing. That recording shall be forwarded to Catherine Dowie.

Entered for the Court

ELISABETH A. SHUMAKER, Clerk